CRIMINAL COMPLAINT

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| **United States of America**<br>**v.**<br><br>**Thomas L. Landes**<br>DOB: 2003; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>CR-26-05494-TUC-MSA |

Complaint for violations of Title 43, Code of Federal Regulations, Section 8364.1(e)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

**Count 1:** On or about October 8, 2026 through October 9, 2026, in the District of Arizona, **Thomas L. Landes** entered and remained in a closed area in violation of a closure order issued by the U.S. Bureau of Land Management, in violation of Title 43, Code of Federal Regulations, Section 8364.1(e).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

In September 2026, the U.S. Bureau of Land Management (BLM) issued an Emergency Closure Order that applies to public lands managed by BLM along the United States-Mexico border in Arizona. This includes the area of border construction in Lochiel, Arizona. Signs were posted in the area on October 2, 2026, notifying the public of the closure. The subject was in an area that is closed pursuant to Section 303(a) of the Federal Land Policy and Management Act of 1976 (43USC 1733(a) and 43 CFR 8364.1.

On or about October 8, 2026, contractors were in the Lochiel area building the border wall. U.S. Border Patrol Agents (BPAs) were assigned to the Lochiel area to assist in providing security for contractors constructing the border wall during an ongoing protest. An individual, who later verbally identified himself as **Thomas L. Landes**, climbed in a tree which is located just south of a fence that is adjacent to the closure area. The stump of the tree is located in Mexico, however, the tree is very large and has grown over onto the United States' side. On October 8, 2026, at approximately 1:40 p.m., **Landes,** while in the tree, attached himself with a rope to construction equipment located in the protected area of the order. After **Landes** attached himself to the equipment, construction operations were interrupted for approximately 15-20 minutes. On October 9, 2026, **Landes** climbed even further up the tree, and Mexican authorities discontinued recovery efforts. At approximately 5:10 p.m., **Landes** began descending himself down the tree with his rope and pully. As he did so, **Landes** came down into the United States in the closure area and was assisted by BPAs. BPAs medically cleared Landes and he was taken into custody.

**Landes** was served with a citation on Monday, October 5, 2026, for the same violation of Title 43, Code of Federal Regulations, Section 8364.1(e). **Landes** was also informed by BPAs at that time not to return to the area.

CONTINUED ON NEXT PAGE

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>Andrew J. Carpenter Border Patrol Agent |
|---|---|
| Subscribed to and sworn before me telephonically. X | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | **DATE**<br>October 13, 2026 |

[1] See Federal Rules of Criminal Procedure Rules 3 and 54

Reviewing AUSA Chamblee

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED:





